1  KRAW LAW GROUP
   LORI A. NORD, ESQ., #87993
2  605 Ellis Street, Suite 200
   Mountain View, CA 94043-2241
3  Telephone:  (650) 314-7800
   Facsimile:  (650) 314-7899
4  e-mail: lnord@kraw.com

5  Attorneys for Plaintiffs

6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             OAKLAND DIVISION
11

12 BOARD OF TRUSTEES OF THE NORTHERN ) Case No. C 14-5546 DMR
   CALIFORNIA TILE INDUSTRY WELFARE FUND; )
   BOARD OF TRUSTEES OF THE NORTHERN )
13 CALIFORNIA TILE INDUSTRY PENSION TRUST ) **JUDGMENT BY CONSENT**
   FUND; BOARD OF TRUSTEES OF THE ) [**PROPOSED**]
14 NORTHERN CALIFORNIA TILE INDUSTRY )
   APPRENTICESHIP AND TRAINING TRUST FUND; )
15 BOARD OF TRUSTEES OF THE NORTHERN )
   CALIFORNIA TILE INDUSTRY VACATION AND )
16 HOLIDAY TRUST FUND; AND BOARD OF )
   TRUSTEES OF THE NORTHERN CALIFORNIA )
17 TILE INDUSTRY LABOR MANAGEMENT )
   COOPERATION COMMITTEE, )
18                                          )
                   Plaintiffs, )
19                                          )
         v.                                 )
20                                          )
   MULLEN TILE, Inc., a California corporation, )
21                                          )
                   Defendant(s). )
22 _____ )

23

24       Board of Trustees of the Northern California Tile Industry Welfare Fund; Board of Trustees

25 of the Northern California Tile Industry Pension Trust Fund; Board of Trustees of the Northern

26 California Tile Industry Apprenticeship and Training Trust Fund; Board of Trustees of the Northern

27 California Tile Industry Vacation and Holiday Trust Fund; and Board of Trustees of the Northern

28 California Tile Industry Labor Management Cooperation Committee ("Plaintiff Trust Funds" or

1  "Plaintiffs") having filed their Complaint herein on December 19, 2014 and Mullen Tile, Inc.
2  ("Defendant") having appeared and having admitted the jurisdiction of this Court, and Plaintiffs and
3  Defendant having agree upon a basis for the settlement of this action including entry of a Final
4  Judgment with respect to Defendant without further notice in accordance with their Stipulation for
5  Entry of Judgment filed in this action;

6  **IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of the
7  Plaintiffs and against Defendant for a total sum of $264,528.50, together with interest at the agreed
8  rate of ten percent (10%) per annum from April 15, 2015 until paid.

9  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs have the right to
10 audit Defendant for any periods from July 1, 2014 forward through any future dates covered by
11 Defendant's collective bargaining agreement with BAC Local No. 3 upon their request to Defendant.

14 Dated: July 10, 2015

_____
UNITED STATES MAGISTRATE JUDGE

[IT IS SO ORDERED — Judge Donna M. Ryu seal]